ANDREA T. MARTINEZ, United States Attorney (#9313)
CAMERON P. WARNER, Assistant United States Attorney (#14364)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA, | INDICTMENT    FILED US District Court-UT APR 20 '22 PM 01:38 |
|---|---|
| Plaintiff, | Count I: 21 U.S.C. § 841(a)(1), Distribution of Oxycodone |
| vs. | Count II: 21 U.S.C. § 841(a)(1), Distribution of Oxycodone |
| MICHELLE MURDOCK, | |
| Defendant. | Count III: 21 U.S.C. § 843(a)(3), Acquiring and Obtaining Oxycodone by Misrepresentation, Fraud, Forgery, Deception, and Subterfuge |
| | Count IV: 21 U.S.C. § 843(a)(3), Acquiring and Obtaining Oxycodone by Misrepresentation, Fraud, Forgery, Deception, and Subterfuge |
| | Count V: 21 U.S.C. § 843(a)(3), Acquiring and Obtaining Oxycodone by Misrepresentation, Fraud, Forgery, Deception, and Subterfuge |
| | Case: 2:22-cr-00137 Assigned To : Barlow, David Assign. Date : 4/20/2022 |

The Grand Jury charges:

COUNT I
21 U.S.C. § 841(a)(1)
(Distribution of Oxycodone)

On or about September 19, 2019, in the District of Utah,

MICHELLE MURDOCK,

defendant herein, did knowingly and intentionally distribute Oxycodone, a Schedule II

controlled substance within the meaning of 21 U.S.C. § 812, all in violation of 21 U.S.C. § 841(a)(1) and punishable pursuant to 21 U.S.C. § 841(b)(1)(C).

COUNT II
21 U.S.C. § 841(a)(1)
(Distribution of Oxycodone)

On or about October 14, 2019, in the District of Utah,

MICHELLE MURDOCK,

defendant herein, did knowingly and intentionally distribute Oxycodone, a Schedule II controlled substance within the meaning of 21 U.S.C. § 812, all in violation of 21 U.S.C. § 841(a)(1) and punishable pursuant to 21 U.S.C. § 841(b)(1)(C).

COUNT III
21 U.S.C. § 843(a)(3)
(Acquiring and Obtaining Oxycodone by Misrepresentation, Fraud, Forgery, Deception, and Subterfuge)

On or about July 25, 2019, in the District of Utah,

MICHELLE MURDOCK,

defendant herein, did knowingly and intentionally obtain and acquire Oxycodone, a Schedule II controlled substance, by misrepresentation, fraud, forgery, deception and subterfuge by engaging in prescription fraud in violation; all in violation of 21 U.S.C. § 843(a)(3).

COUNT IV
21 U.S.C. § 843(a)(3)
(Acquiring and Obtaining Oxycodone by Misrepresentation, Fraud, Forgery, Deception, and Subterfuge)

On or about September 19, 2019, in the District of Utah,

2

MICHELLE MURDOCK,

defendant herein, did knowingly and intentionally obtain and acquire Oxycodone, a

Schedule II controlled substance, by misrepresentation, fraud, forgery, deception and

subterfuge by engaging in prescription fraud in violation; all in violation of 21 U.S.C. §

843(a)(3).

## COUNT V
21 U.S.C. § 843(a)(3)
(Acquiring and Obtaining Oxycodone by Misrepresentation, Fraud, Forgery, Deception,
and Subterfuge)

On or about October 14, 2019, in the District of Utah,

MICHELLE MURDOCK,

defendant herein, did knowingly and intentionally obtain and acquire Oxycodone, a

Schedule II controlled substance, by misrepresentation, fraud, forgery, deception and

subterfuge by engaging in prescription fraud in violation; all in violation of 21 U.S.C. §

843(a)(3).

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

ANDREA T. MARTINEZ
United States Attorney

_____
CAMERON P. WARNER
Assistant United States Attorney